

FILED

SEP 11 2024

BONNIE HACKLER
Clerk, U.S. District Court

By_____
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. MICHAEL WAYNE LAMBERT, *Defendant*. | Case No. CR 24-141 RAW |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151, & 1153]

On or about June 30, 2024, within the Eastern District of Oklahoma, in Indian country, the defendant, **MICHAEL WAYNE LAMBERT**, an Indian, with premeditation and malice aforethought, did unlawfully kill Victim, in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

## COUNT TWO

### USE, CARRY, BRANDISH AND DISCHARGE OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### [18 U.S.C. § 924(c)(1)(A)(i), (ii), & (iii)]

On or about June 30, 2024, within the Eastern District of Oklahoma, the defendant, **MICHAEL WAYNE LAMBERT**, did knowingly use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Murder in Indian Country, as charged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii), and (iii).

## COUNT THREE

### CAUSING THE DEATH OF A PERSON IN THE COURSE OF A VIOLATION OF TITLE 18 U.S.C. § 924(c)
### [18 U.S.C. § 924(j)]

On or about June 30, 2024, within the Eastern District of Oklahoma, the defendant, **MICHAEL WAYNE LAMBERT**, did knowingly use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Murder in Indian Country, as charged in Count One of this Indictment, and in the course of this violation caused the death of a person through the use of a firearm, which killing is a murder, as defined in Title 18, United States Code, Section 1111, in that the defendant, **MICHAEL WAYNE LAMBERT**, did murder and unlawfully kill Victim with a firearm, in violation of Title 18, United States Code, Section 924(j).

### FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One through Three of this Indictment involving violations of Title 18, United States Code, Sections 2, 924(c)(1)(A)(i), (ii) and (iii), 924(j), 1111(a), 1151, and 1153, the defendant, **MICHAEL WAYNE LAMBERT**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to: one (1) Ruger model LC9s 9mm pistol bearing serial number 327-1136.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

_____
PATRICK M. FLANIGAN, FLBA # 47703
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY